RANDOLPH H. WINSTON, Appellant, *v.* SAUGERTIES FARMS, INC., Defendant, and ELLIOTT B. SMOAK et al., Respondents.

Argued December 1, 1941; decided January 8, 1942.

*Frederick E. Crane, Charles de la Vergne* and *Francis Martocci* for appellant.

*George F. Kaufman, Lester R. Smith* and *Paul Fromer* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LOUGHRAN, J.